UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOE GUZMAN, | ) | Case No. 2:19-cv-08721 (VEB) |
| Plaintiff, | )<br>)<br>) | **ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEYS' FEES PURSUANT TO 28 U.S.C. § 2412(d)** |
| v. | ) | |
| ANDREW SAUL,<br>Commissioner of Social Security, | )<br>)<br>) | |
| Defendant. | )<br>) | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, IT IS ORDERED that attorneys' fees in the amount of FOUR THOUSAND SEVEN HUNDRED DOLLARS [$4,700.00]. as authorized by 28 U.S.C. § 2412(d), be awarded subject to the terms of the Stipulation.

Dated July 26, 2021    /s/Victor E. Bianchini
                      VICTOR E. BIANCHINI
                      UNITED STATES MAGISTRATE JUDGE